**STATE of Missouri, Respondent,**

v.

**Freddie L. TAYLOR, Appellant.**

**No. WD 36240.**

Missouri Court of Appeals, Western District.

July 2, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Application to Transfer Denied Oct. 16, 1985.

Sean D. O'Brien and David S. Durbin, Kansas City, for appellant.

William L. Webster and Philip M. Koppe, Kansas City, for respondent.

Before BERREY, P.J., and DIXON and KENNEDY, JJ.

PER CURIAM:

Appeal from jury trial conviction for robbery in the first degree, Section 569.020, RSMo 1978, and armed criminal action, Section 571.015.1, RSMo 1978, and sentences of two twenty-year terms of imprisonment, to be served consecutively.

Affirmed. Rule 30.25(b).